**Zakiya VAUGHN, et al.,
Plaintiff–Appellant,**

v.

**SACRAMENTO CITY POLICE,
Defendant–Appellee.**

No. 08–17226.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 5, 2010.

Zakiya Vaughn, as an Individual and Guardian ad Litem for Minors, Jamonte Vaughn, Jamarco Vaughn, Jalen Vaughn, Elk Grove, CA, for Plaintiff–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Marcos Kropf, Esquire, Office of Sacramento City Attorney, Sacramento, CA, for Defendant–Appellee.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Zakiya Vaughn and her children appeal pro se from the district court's summary judgment in their 42 U.S.C. § 1983 action alleging Fourteenth Amendment violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Conlon v. United States,* 474 F.3d 616, 621 (9th Cir.2007), and we affirm.

The district court properly granted summary judgment because plaintiffs failed to raise a triable issue of material fact as to whether the Sacramento City Police had a custom or practice of ignoring the safety of African–American individuals when searching premises for criminal suspects. *See* Fed.R.Civ.P. 36(a)(3) (deeming admitted matters set forth in a request for admission unless the party to whom the request is directed responds within 30 days); *Conlon,* 474 F.3d at 621 ("Unanswered requests for admissions may be relied on as the basis for granting summary judgment.").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.